UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREA EMMONS,

       Plaintiff,

v.

       Case No. 1:11-cv-626

       HONORABLE PAUL L. MALONEY

RAPID-LINE, INC. and
MARK D. LINDQUIST,

       Defendants,
_____/

## **JUDGMENT**

    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict in favor of defendant and against the plaintiff.

    **IT IS ORDERED AND ADJUDGED** that a judgment of "no cause" be rendered in favor of defendants Rapids-Line, Inc. and Mark D. Lindquist and against plaintiff Andrea Emmons pursuant to the Verdict Form completed by the jury.


Date:   October 25, 2012                    /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             Chief United States District